UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| MEADWESTVACO CORPORATION, *et al.* | ) | |
| | ) | |
| Plaintiffs | ) | Misc. Case No. _____ |
| | ) | |
| v. | ) | Subpoena in Civil Action No. |
| | ) | 1:10-CV-511-GBL-TRJ |
| REXAM PLC, *et al.*, | ) | Pending in the United States |
| | ) | District Court for the |
| Defendants | ) | Eastern District of Virginia |

### PLAINTIFFS' [Redacted] MOTION TO COMPEL DOCUMENT PRODUCTION FROM "ABC CORPORATION"

Plaintiffs MeadWestvaco Corporation and MeadWestvaco Calmar, Inc. (collectively, "MWV") hereby file this *redacted* motion to compel compliance with a Rule 45 subpoena directed to "ABC Corporation."

The identity of the subpoenaed third-party who is the subject of this motion has been designated "Highly Confidential" by Defendants Valois of America, Inc. and Valois SAS in the main action pending in the Eastern District of Virginia. Accordingly, throughout this public filing, MWV has identified the subpoenaed third-party as simply "ABC Corporation" and its subsidiary as "ABC Corp. Europe".

Contemporaneously with filing this redacted motion and supporting papers, MWV is filing a motion for leave to file under seal the *unredacted* version of this motion and supporting papers, which identify the subpoenaed third-party who is the subject of this motion. (MWV's Consent Motion for Leave to File under Seal is attached to this motion as the final exhibit.)

For the reasons set forth in the accompanying brief and exhibits thereto, MWV respectfully requests that the Court grant its Motion to Compel.

-1-

Dated: January 6, 2011

    Respectfully submitted,

    MEADWESTVACO CORPORATION
    MEADWESTVACO CALMAR, INC.


By: /s/ David H. Koysza
    David H. Koysza (D.S.C. Id. No. 9893)
    Martin M. Tomlinson (D.S.C. Id. No. 10869)
    Wyche Burgess Freeman & Parham, P.A.
    44 East Camperdown Way (29601)
    Post Office Box 728
    Greenville, SC  29602-0728
    Telephone: (864) 242-8384
    Facsimile: (864) 235-8900
    E-Mail: dkoysza@wyche.com;
    mtomlinson@wyche.com

    Of counsel:
    Thomas G. Slater, Jr. (VSB No. 05915)
    Shelley L. Spalding (VSB No. 47112)
    Hunton & Williams LLP
    Riverfront Plaza, East Tower
    951 East Byrd Street
    Richmond, Virginia 23219-4074
    (804) 788-8200
    (804) 788-8218 Fax

    Michael P.F. Phelps (VSB No. 45750)
    Sona Rewari (VSB No. 47327)
    Hunton & Williams LLP
    1751 Pinnacle Drive
    Suite 1700
    McLean, VA  22102
    (703)714-7472
    (703)714-7410 Fax

    Michael A. O'Shea
    Hunton & Williams LLP
    1900 K Street, NW
    Washington, D.C. 20006-1109
    (202) 419-2183
    (202) 778-7434 Fax

## CERTIFICATE OF CONSULTATION

I hereby certify that counsel for Plaintiffs consulted with counsel for the subpoenaed third-party, ABC Corp., and was not able to resolve this motion.

/s/ David H. Koysza
David H. Koysza (Fed. Id. No. 9893)

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2011, true and correct copies of this motion and supporting documents were served by hand-delivery upon:

William Y. Klett III, Esq.
Nexsen Pruet, LLC
1230 Main Street
Suite 700 (29201)
P.O. Drawer 2426
Columbia, South Carolina 29202
*Counsel for ABC Corp.*

and by electronic mail and U.S. mail upon the following:

| | |
|---|---|
| Craig C. Reilly | Brendan J. McMurrer |
| EMAIL:  craig.reilly@ccreillylaw.com | EMAIL:  bmcmurrer@sidley.com |
| 111 Oronoco Street | Griffith L. Green |
| Alexandria, Virginia 22314 | EMAIL:  ggreen@sidley.com |
| Tel: 703-549-5354 | Sidley Austin LLP |
| Fax: 703-549-2604 | 1501 K Street, N.W. |
| *Counsel for Rexam Beauty* | Washington, D.C. 20005 |
| *and Closures Inc. and* | Tel: 202-736-8000 |
| *Rexam Dispensing Systems SAS* | Fax: 202-736-8711 |
| | *Counsel for Valois S.A.S. and* |
| | *Valois of America, Inc.* |

/s/ David H. Koysza
David H. Koysza (Fed. Id. No. 9893)

-3-