UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| MEADWESTVACO CORPORATION, *et al.* | ) | |
| | ) | |
| *Plaintiffs* | ) | Civ. A. No. 5:11-601-MBS |
| | ) | |
| | ) | |
| *v.* | ) | Subpoena in Civil Action No. |
| | ) | 1:10-CV-511-GBL-TRJ |
| REXAM PLC, *et al.*, | ) | Pending in the United States |
| | ) | District Court for the |
| *Defendants* | ) | Eastern District of Virginia |

### PLAINTIFFS' MOTION TO COMPEL TESTIMONY OF "ABC CORPORATION"

Plaintiffs MeadWestvaco Corporation and MeadWestvaco Calmar, Inc. (collectively, "MWV"), by counsel and pursuant to Federal Rules of Civil Procedure 30, 37, and 45, hereby move the Court to compel ABC Corporation to provide a further witness able to testify knowledgeably and completely regarding topics 1, 2, 3, 6, and 9 of MWV's deposition subpoena.

The grounds for this Motion are set forth in the accompanying Brief, which MWV has applied to file under seal.

Counsel for MWV certifies that a good-faith effort has been made to resolve this Motion without Court intervention. After the subject deposition, counsel for MWV sent counsel for ABC Corporation a letter detailing the deficiencies in the deponent's testimony, and counsel for ABC Corporation responded and refused in two separate communications to acknowledge or produce further testimony to resolve said deficiencies.

WHEREFORE, MWV moves that its Motion to Compel be granted.

Dated:   June 17, 2011

        Respectfully submitted,

        MEADWESTVACO CORPORATION
        MEADWESTVACO CALMAR, INC.

By: /s/ David H. Koysza
    David H. Koysza (D.S.C. Id. No. 9893)
    Martin M. Tomlinson (D.S.C. Id. No. 10869)
    WYCHE, P.A.
    44 East Camperdown Way
    Greenville, SC  29601-3512
    Telephone: (864) 242-8384
    Facsimile: (864) 235-8900
    E-Mail:    dkoysza@wyche.com

    Michael P.F. Phelps (*pro hac vice*)
    Sona Rewari (*pro hac vice*)
    HUNTON & WILLIAMS LLP
    1751 Pinnacle Drive
    Suite 1700
    McLean, VA  22102
    (703)714-7472
    (703)714-7410 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2011, a true and correct copy of the foregoing pleading or paper was served by hand upon:

>William Y. Klett III, Esq.
>NEXSEN PRUET, LLC
>1230 Main Street
>Suite *700* (29201)
>P.O. Drawer 2426
>Columbia, South Carolina 29202
>*Counsel for ABC Corporation*

and by electronic mail and U.S. mail upon the following:

>Brendan J. McMurrer
>EMAIL:  bmcmurrer@sidley.com
>Griffith L. Green
>EMAIL:  ggreen@sidley.com
>SIDLEY AUSTIN LLP
>1501 K Street, N.W.
>Washington, D.C. 20005
>Tel: 202-736-8000
>Fax: 202-736-8711
>*Attorneys for Defendants Valois S.A.S. and*
>*Valois of America, Inc.*

By: /s/ David H. Koysza
    David H. Koysza